IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:09cr10-SPM

TALON DEANTE JACKSON,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant Talon Deante Jackson's Motion to Continue Sentencing (doc. 43) is granted. The sentencing hearing is reset for 1:30 p.m. on January 4, 2010, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 5th day of November, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge